UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOSES RODRIGUEZ,

       Plaintiff,

v.

                                                      Case No. 8:15-cv-30-T-24AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

       Defendant.
_____/

## ORDER

       This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration (Dkt. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Porcelli has filed his report recommending that the Commissioner's decision be affirmed and that judgment be entered in favor of Defendant. (Dkt. 14). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Objections to the Magistrate Judge's Report were filed by Plaintiff (Dkt. 15), and Defendant filed its Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Dkt. 16).

       Upon consideration of the Report and Recommendation, Plaintiff's objections thereto, Defendant's response to Plaintiff's objections, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation (Dkt. 14) should be adopted.

       Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1)  The Magistrate Judge's Report and Recommendation (Dkt. 14) is adopted and incorporated by reference in this Order of the Court;

(2)  The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**; and

(3)  The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of March, 2016.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record